## Hoffman et al., Appellants, *v.* First National Bank of Lansford.

Argued March 7, 1921. Appeal, No. 74, Jan. T., 1921, by plaintiffs, from order of C. P. Carbon Co., Oct. T., 1919, No. 45, discharging rule for judgment for want of sufficient affidavit of defense, in case of Aaron Hoffman and Ida Matilda Hoffman v. First National Bank of Lansford. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, SADLER and SCHAFFER, JJ. Affirmed.

*J. O. Ulrich,* for appellant.

*Ben Branch,* of *Freyman, Thomas & Branch,* for appellee.

OPINION BY MR. CHIEF JUSTICE MOSCHZISKER, May 26, 1921:

Plaintiffs' claim rests on a failure of defendant bank to deliver certain bonds alleged to be in its custody for plaintiffs. The opinion this day filed in Parry v. First National Bank of Lansford, Pa., sufficiently disposes of all the questions here involved.

The assignments of error are overruled and the order appealed from is affirmed.